# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TINA D. REID  
1828 REMINGTON RD  
ROCKFORD, IL  61108  

SSN-xxx-xx-4374

Case Number: 04-71764

Case filed on: 4/1/2004  
Plan Confirmed on: 6/14/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $10,707.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 209 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | TINA D. REID | 0.00 | 0.00 | 149.50 | 0.00 |
| 999 | TINA D. REID | 0.00 | 0.00 | 87.50 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 237.00 | 0.00 |
| 001 | CITIZENS FINANCE | 7,525.00 | 4,500.00 | 4,500.00 | 888.89 |
|  | Total Secured | 7,525.00 | 4,500.00 | 4,500.00 | 888.89 |
| 001 | CITIZENS FINANCE | 1,575.02 | 4,600.02 | 1,017.72 | 0.00 |
| 002 | ACCOUNT SOLUTIONS GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AFFORDABLE CASH ADVANCE | 653.95 | 653.95 | 144.68 | 0.00 |
| 004 | ANOINTED HELP MEDICAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ATTORNEY TERRY HOSS & | 80.00 | 80.00 | 17.70 | 0.00 |
| 006 | BANKCARD SERVICES / ORCHARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 765.75 | 765.75 | 169.42 | 0.00 |
| 008 | DEBT RECOVERY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 568.70 | 568.70 | 125.82 | 0.00 |
| 010 | PORTFOLIO RECOVERY ASSOCIATES | 608.75 | 608.75 | 134.68 | 0.00 |
| 011 | ADVANCE CASH EXPRESS | 580.00 | 580.00 | 128.32 | 0.00 |
| 012 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NICOR GAS | 730.20 | 730.20 | 161.55 | 0.00 |
| 014 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RJM ACQUISITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCK VALLEY WOMENS HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD CLINIC | 519.50 | 519.50 | 114.94 | 0.00 |
| 018 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD MERCANTILE AGENCY INC | 890.07 | 890.07 | 196.93 | 0.00 |
| 021 | ROCKFORD RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | THE CASH STORE | 1,051.84 | 1,051.84 | 232.72 | 0.00 |
| 023 | THE CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | WAVERLY HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | EBONY HUNTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | STATE OF HAWAII | 1,494.56 | 1,494.56 | 330.66 | 0.00 |
| 027 | CAPITAL ONE | 285.86 | 285.86 | 63.25 | 0.00 |
| 028 | CAPITAL ONE | 623.16 | 623.16 | 137.85 | 0.00 |
|  | Total Unsecured | 10,427.36 | 13,452.36 | 2,976.24 | 0.00 |
|  | Grand Total: | 19,316.36 | 19,316.36 | 9,077.24 | 888.89 |

Total Paid Claimant:     $9,966.13  
Trustee Allowance:       $740.87  
Percent Paid Unsecured:  22.12

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008                By  /s/Heather M. Fagan